UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUANITA RAYBURN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-484-JWD-RLB** |
| **REGIONS FINANCIAL CORP** | |

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 3, 2022, (Doc. 14), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 4) is **DENIED**.

Signed in Baton Rouge, Louisiana, on October 18, 2022.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**